UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL M. KOORNDYK, JR.,

        Plaintiff,

vs.

MIDWAY MOTOR SALES, INC.,
et al.,

        Defendants.
                           /

Case No. 1:04-cv-333

Hon. Hugh W. Brenneman, Jr.

### ORDER

In accordance with the Opinion filed this date:

**IT IS HEREBY ORDERED** that defendant General Motors Acceptance Corporation's motion for summary judgment is (docket no. 129) is **GRANTED** as to Counts I and II, and that plaintiff's motion for partial summary judgment (docket no. 132) is **DENIED**.


Dated: August 31, 2006                /s/ Hugh W. Brenneman, Jr.
                                                 Hugh W. Brenneman, Jr.
                                                 United States Magistrate Judge