UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EARL M. KOORNDYK, JR.,

        Plaintiff,

Case No. 1:04-CV-333

Hon. Hugh W. Brenneman, Jr.

vs.

MODERN BUILDERS SUPPLY, INC.,
*et al.*,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion issued on this date:

**IT IS HEREBY ORDERED** that plaintiff's Application for Default Judgment and Determination of Damages (docket no. 182) is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff Earl M. Koorndyk, Jr. recover the sum of **$31,521.75**, with judgment interest thereon at the rate provided by law, from defendant Michael Joseph Mercure.

**IT IS FURTHER ORDERED** that, all other defendants having been disposed of, this Judgment closes the case.


Dated: April 4, 2007          /s/ Hugh W. Brenneman, Jr.
                                        Hugh W. Brenneman, Jr.
                                        United States Magistrate Judge